

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00092-CV

| | | |
|---|---|---|
| Vaughn L. Bailey and Celeste Bailey | § | From the 236th District Court |
| v. | § | of Tarrant County (236-250187-10) |
| Bank of America, N.A. f/k/a BAC Home Loan Servicing, LP f/k/a Countrywide Home Loans Servicing LP | § | March 13, 2014 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Vaughn L. Bailey and Celeste Bailey shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
     Chief Justice Terrie Livingston